UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERTO FUENTES ZARAGOZA,

               Petitioner,

    v.

RON GODWIN, Acting Warden,

               Respondent.

CASE NO. EDCV 21-2091 DOC (RAO)

JUDGMENT

     Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  June 13, 2022

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE